UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL FRIEDMANN,<br><br>                      Plaintiff,<br><br>           v.<br><br>INTERNAL REVENUE SERVICE et al.,<br><br>                      Defendants. | CASE NO. 3:23-cv-05075-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Pursuant to Plaintiff's Motion for Extension of Time to Serve Additional Parties (Dkt. No. 14), the Court finds good cause to extend the service deadline previously reset in the Court's Second Order regarding Plaintiff's deficient service attempts (Dkt. No. 12).

MINUTE ORDER - 1

(2) Plaintiff's deadline to file proof of service or waiver, or for Defendants to appear in this case, shall be reset to **September 8, 2023**.

Dated this 29th day of August 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2