Judge Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| MICHAEL FRIEDMANN, | ) | Case No. 3:23-cv-05075-TL |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on the United States' unopposed motion acting on behalf of Defendant Internal Revenue Service, and Former IRS Commissioner, Charles Rettig, requesting that the Court grant the United States an extension of time to file an answer or otherwise respond to the Complaint.

Having carefully considered the motion, and finding good cause, the Court hereby ORDERS:

1) The motion is granted;

2) The United States answer, or other response to the Complaint, shall be due on January 30, 2024.

//

//

//

[Proposed] Order Granting Additional Time
to Answer or Otherwise Respond
3:23-cv-05075-TL

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632

1  **It is so ordered**.

2  Dated this 20th day of October 2023.

3

4  _____
   Tana Lin
5  United States District Judge

6

7  Presented by:

8  DAVID A. HUBBERT
9  Deputy Assistant Attorney General

10 /s/ Khashayar Attaran
   _____
11 KHASHAYAR ATTARAN
   Trial Attorney, Tax Division
12 U.S. Department of Justice
   P.O. Box 683, Washington, D.C. 20044
13 202-514-6056 (v) / 202-307-0054 (f)
14 Khashayar.Attaran@usdoj.gov

15 *Attorneys for the United States of America*

16

17

18

19

20

21

22

23

24

25

26

27
[Proposed] Order Granting Additional Time      2
to Answer or Otherwise Respond
3:23-cv-05075-TL

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632