Judge Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL FRIEDMANN,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE et al.,<br><br>    Defendants. | Case No. 3:23-cv-05075-TL<br><br>[PROPOSED] ORDER GRANTING MOTION TO VACATE RULE 26 DEADLINES |

This matter comes before the Court on Plaintiff's and the United States' stipulated motion to vacate the Rule 26(f) conference, initial disclosure, and joint status report deadlines previously reset by the Court on December 8, 2024, and reset the deadlines for a date after the Court has decided pending motions dispositive of certain issues in the case.

Having carefully considered the motion, and finding good cause, the Court hereby ORDERS:

1) The motion is granted;

2) The Rule 26(f) conference, initial disclosure, and joint status report deadlines set in the Court's Order of December 8, 2024 (ECF 23) are vacated.

[Proposed] Order Granting Stipulated
Motion to Vacate and Reset Deadlines
3:23-cv-05075-TL

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632

The Clerk shall reset the deadlines after ruling on the United States' motion to dismiss and the Plaintiff's motion for summary judgment.

**It is so ordered**.

Dated this 8th day of March 2024.

Tana Lin
United States District Judge

Presented by:

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/* Khashayar Attaran
KHASHAYAR ATTARAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Washington, D.C. 20044
202-514-6056 (v) / 202-307-0054 (f)
Khashayar.Attaran@usdoj.gov

*Attorneys for the United States of America*

[Proposed] Order Granting Stipulated Motion to Vacate and Reset Deadlines
3:23-cv-05075-TL

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632