Judge Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| MICHAEL FRIEDMANN, | ) | Case No. 3:23-cv-05075-TL |
| Plaintiff, | ) | **[Proposed] ORDER GRANTING UNITED STATES' MOTION TO STAY ENTIRE CASE** |
| v. | ) | |
| INTERNAL REVENUE SERVICE et al., | ) | |
| Defendants. | ) | |

On October 3, 2025, the United States filed an unopposed motion to Stay the Entire Case in Light of Lapse in Appropriations. In consideration of this motion, and for good cause shown, the Court hereby GRANTS this motion and ORDERS:

a) The case is stayed until further order of the Court,

b) All current and future deadlines are vacated,

c) The United States shall notify the Court once Congress has appropriated funds for the Department of Justice.

DATED this 6th day of October, 2025.

_____
TANA LIN
United States District Court Judge

[Proposed] Order Granting United States'
Motion to Stay Entire Case
3:23-cv-05075-TL

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632

Presented by,

*/s/* Khashayar Attaran
KHASHAYAR ATTARAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Washington, D.C. 20044
202-514-6056 (v) / 202-307-0054 (f)
Khashayar.Attaran@usdoj.gov

*Attorneys for the United States of America*

[Proposed] Order Granting United States' Motion to Stay Entire Case
3:23-cv-05075-TL

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632